UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

St. Paul Teachers' Retirement Fund Association

CIVIL ACTION NO.:
1:16-CV-00520-LLS

**Plaintiff**

vs

HeartWare International, Inc., et al.,

**Defendant**

## AFFIDAVIT OF SERVICE

State of Massachussetts }
County of Middlesex } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Massachusetts

That on 02/25/2016 at 11:50 AM at 500 Old Connecticut Path, Framingham, MA 01701

deponent served a(n) **Summons in a Civil Action, Class Action Complaint for Violations of the Federal Securities Laws, Individual Practices of Judge Louis L. Stanton, Electronic Case Filing Rules & Instructions**

on **Douglas E. Godshall**,

by delivering thereat a true copy of each to **Mark Fennell (Corporate Counsel/)**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
25th day of February, 2016

_Elena Nardizzi_
NOTARY PUBLIC


ELENA M. NARDIZZI
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Dec. 14, 2018

_Paul Nardizzi_
Paul Nardizzi

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF NEW YORK
------------------------------------------------------------------x Civil Action No. 1:16-cv-00520-LLS

St. Paul Teachers' Retirement Fund Association,

                                       Plaintiff,       AFFIDAVIT OF MAILING
   against                                       <u>PURSUANT TO CPLR 308(2)</u>

HeartWare International, Inc., et al.,

                                       Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK        )
                                SS.:
COUNTY OF NEW YORK   )

    I, HE YI WENG, being duly sworn depose and state that I am not a party in this action and I am over the age of eighteen years, and employed by Serving by Irving, 233 Broadway, New York, N.Y. 10279.

    On February 26, 2016, in compliance with the "additional mailing" requirement of New York CPLR 308(2), I served an additional set of the *Summons in a Civil Action, Class Action Complaint for Violations of the Federal Securities Laws, Individual Practices of Judge Louis L. Stanton, and Electronic Case Filing Rules & Instructions* in the above entitled action, upon the defendant, Douglas E. Godshall by mailing true copies of the aforesaid documents, enclosed in a sealed, first-class post-paid envelope addressed to Douglas E. Godshall at his actual place of business, HeartWare International, Inc, at 500 Old Connecticut Path, Framingham, MA 01701, which I placed into the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

1

A Certificate of Mailing issued by the U.S. Postal Service acknowledging their receipt of this mailing for delivery to the defendant as addressed, is attached hereto and made a part hereof.

HE YI WENG

Sworn to before me this
3rd day of March, 2016

Notary Public

JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. #01DI4977768
COMMISSION EXPIRES 2/11/2019

UNITED STATES POSTAL SERVICE
Certificate Of Mailing

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: H.W.
233 BROADWAY, SUITE 2201
NEW YORK, NY 10279

To: DOUGLAS E. GODSHALL
C/O HEARTWARE INTERNATIONAL, INC.
500 OLD CONNECTICUT PATH
FRAMINGHAM, MA 01701

PS Form 3817, April 2007 PSN 7530-02-000-9065

Mailed From 10279
02/26/2016
032A 0061800950
US POSTAGE $01.35