```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/9/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ST. PAUL TEACHERS' RETIREMENT
FUND ASSOCIATION, *individually and on behalf of all others similarly situated*,

                 Plaintiff,

v.

HEARTWARE INTERNATIONAL, INC.
AND DOUGLAS E GODSHALL,

                 Defendants.

No. 16-CV-0520 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that a conference shall be held on March 16, 2018 at 11:00 a.m. in Courtroom 1506 at the U.S. Courthouse, 40 Foley Square, New York, New York 10007 in order to discuss Defendants' pending motion to dismiss.

SO ORDERED.

Dated:    March 9, 2018
            New York, New York

                                                   Ronnie Abrams
                                                   United States District Judge