```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/16/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ST. PAUL TEACHERS' RETIREMENT FUND ASSOCIATION, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

HEARTWARE INTERNATIONAL, INC. AND DOUGLAS E GODSHALL,

Defendants.

No. 16-CV-0520 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record during today's conference, Defendants' motion to dismiss is denied. Defendants have until May 16, 2018 to submit an answer. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry thirty-one

SO ORDERED.

Dated:   March 16, 2018
         New York, New York

Ronnie Abrams
United States District Judge