UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE HEARTWARE INTERNATIONAL, INC. SECURITIES LITIGATION | No. 1:16-cv-00520-RA<br><br>ECF CASE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Julia K. Tebor, an attorney at the law firm Bernstein Litowitz Berger & Grossmann LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Lead Plaintiff St. Paul Teachers' Retirement Fund Association in the above-captioned action and requests that all subsequent papers be served upon this firm at the address indicated below.

> Julia K. Tebor, Esq.
> Bernstein Litowitz Berger & Grossmann LLP
> 1251 Avenue of the Americas
> New York, New York 10020
> Telephone: (212) 554-1424
> Facsimile: (212) 554-1444
> Email: julia.tebor@blbglaw.com

Dated:  April 4, 2018

Respectfully submitted,

*/s/ Julia K. Tebor*
Julia K. Tebor
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1424
Facsimile: (212) 554-1444
Email: julia.tebor@blbglaw.com

*Counsel for Lead Plaintiff St. Paul Teachers' Retirement Fund Association*