USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE HEARTWARE INTERNATIONAL, INC. SECURITIES LITIGATION | No. 1:16-cv-00520-RA

## [PROPOSED] ORDER GRANTING APPLICATION FOR ISSUANCE OF INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)

Upon the Application for the Issuance of an International Letter of Request (Letter Rogatory) (the "Application") filed by Lead Plaintiff St. Paul Teachers' Retirement Fund Association ("Lead Plaintiff") requesting the issuance of an international letter of request (the "Letter of Request") pursuant to the provisions of the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, 23 U.S.T. 2555, 847 U.N.T.S. 231, 28 U.S.C. § 1781 (the "Hague Evidence Convention"); and upon the record of the above-captioned matter;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

The Application is **GRANTED**.

This Court shall sign the Letter of Request attached to the Application as Exhibit A and affix the seal of the United States District Court for the Southern District of New York over said signature in the Letters of Request.

The Clerk of the District Court is directed to return the original, signed Letter of Request to counsel for Lead Plaintiff so that said Letter of Request may be issued to the Senior Master of the High Court (Queen's Bench Division) acting as the Competent Judicial Authority of the United Kingdom.

Lead Plaintiff is directed to transmit the original, signed Letter of Request to the Competent Judicial Authority of the United Kingdom.

The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: Aug 18, 2018
New York, New York

_____
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE